## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, </br></br>Plaintiff, </br></br>v. </br></br>ST MARYS PETROLEUM INC. and BETTY PRYOR, </br></br>Defendants. | ) ) ) ) ) ) Case No.: 1:22-cv-04292 ) Honorable Marvin E. Aspen ) ) ) ) ) |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, CRUM & FORSTER SPECIALTY INSURANCE COMPANY, by and through its attorneys, pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby move to voluntarily dismiss, without prejudice, their Complaint filed against Defendants, ST MARYS PETROLEUM INC. and BETTY PRYOR in the above-captioned action, with each party to bear their own fees and costs.

Dated: December 20, 2022

Respectfully Submitted,

By: */s/ James J. Hickey*
James J. Hickey, Atty. No. 6198334
Colin B. Willmott, Atty. No. 6317451
James.Hickey@kennedyslaw.com
Colin.Willmott@kennedyslaw.com
KENNEDYS CMK
30 South Wacker Drive, Suite 3650
Chicago, IL 60606
Phone: (312) 800-5000
Fax: (312) 207-2110
*Attorneys for Crum and Forster Specialty Insurance Company*